*In re* ESTATE OF JOSEPH PARRILLI.—(ROBERT W. SCHERMAN, Ex'r of the Estate of Joseph Parrilli, Deceased, Petitioner-Appellant, *v.* GEORGE J. PARRILLI, Respondent-Appellee.)

(No. 60788;

First District (3rd Division)—March 20, 1975.

Opinion by Mr. JUSTICE McNAMARA.

Milton K. Joseph, of Rosemont, for appellant.

No appearance for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* BOBBIE SMYLES, Defendant-Appellee.—THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* BOBBIE SMYLES, Defendant-Appellee.

(Nos. 60416-60420 cons.;

First District (2nd Division)—March 25, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellee.